AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ROBERT MICHAEL LAIR,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 21-cr-00409-RM |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*   ROBERT MICHAEL LAIR                                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Possession of a Firearm/Ammunition by a Prohibited Person

Date:   12/08/2021                                                                                    s/ S. Dunbar, Deputy Clerk
                                                                                                              *Issuing officer's signature*

City and state:      Denver, Colorado                                                  Jeffrey P. Colwell, Clerk U.S. District Court
                                                                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)*  _____ .

Date:  _____
                                                                                                              *Arresting officer's signature*

                                                                                                              *Printed name and title*