AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
2022 MAY -4 PM 12: 27
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-cr-00409-RM |
| ROBERT MICHAEL LAIR, | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __ROBERT MICHAEL LAIR__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Possession of a Firearm/Ammunition by a Prohibited Person

Date: 12/08/2021

s/ S. Dunbar, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12/8/21, and the person was arrested on *(date)* 5/3/22
at *(city and state)* Denver, CO.

Date: 5/3/22

*Arresting officer's signature*

ATF SA Gregory Johnson
*Printed name and title*