CO-PS8
(12/14-D/CO)

# United States District Court
# for the District of Colorado

U.S.A. vs. Robert Michael Lair           Dkt. No. 21-CR-00409-01

## Petition for Warrant on Defendant On Pretrial Release

Comes now, Garret Pfalmer, Supervisory United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Robert Michael Lair, who was placed under pretrial release supervision by the Honorable Nina Y. Wang, sitting in the Court at Denver Colorado, on May 13, 2022. As noted in the Order Setting Conditions of Release (Document 19), the Court ordered conditions of pretrial release. The probation officer alleges the defendant has violated the following terms and conditions of pretrial release as set forth herein.

**Respectfully presenting petition for action of the Court and for cause as follows:**

**1. Failure To Maintain Residence at a Halfway House**

On Wednesday, May 18, 2022, at approximately 8:30 p.m. Independence House Pecos Residential Reentry Center (RRC) staff requested the defendant leave the property based on his continued aggressive behavior and a determination he posed a threat to the safety and security of the program.

Staff at the facility informed they were meeting with the defendant to address a previous rule violation when he abruptly left the meeting and could be heard yelling. He was asked to calm down and efforts were made to de-escalate his behavior; however, the defendant continued to present in an aggressive manner giving staff to have concern for the safety and security of the facility. The defendant was noted as presenting with aggressive behavior since he entered the program on May 13, 2022, and this led to the program director making the determination he was no longer a suitable candidate for placement at the facility. The defendant thereafter left the facility and has therefore failed to maintain his residence at the RRC.

RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER the issuance of a warrant for violation(s) of pretrial release, and subsequent to the arrest of the defendant, that the Court consider revocation of bond.

Robert Michael Lair  
21-CR-00409-01

Petition For Warrant on Defendant on Pretrial Release  
Page - 2

5/19/2022

## ORDER OF THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Considered and ordered filed under seal and made a part of the record in the above case.

**s/ Garret Pfalmer**  
Supervising Probation Officer

Nina Y. Wang  
Magistrate Judge

Date:   May 19, 2022

Date:   May 19, 2022