IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00409-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      ROBERT MICHAEL LAIR,

       Defendant.
_____

### UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE
_____

COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, and hereby gives notice to the Court that it will not seek a final order of forfeiture for the Smith & Wesson 9mm semi-automatic pistol, bearing serial number FZD2154 and the recovered ammunition listed in the Indictment (Doc. 1 at 2) and in the Plea Agreement (Doc. 48 at 7), because they are in the custody of the Denver Police Department and will be disposed of by the Denver Police Department at the appropriate time.

DATED this 11th day of October, 2022.

                                              Respectfully submitted,

                                              COLE FINEGAN
                                              United States Attorney

                                              By: *s/ Kurt J. Bohn*
                                              Kurt J. Bohn
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              1801 California Street, Suite 1600
                                              Denver, CO 80202

303-454-0100
Kurt.Bohn@usdoj.gov
*Attorney for the United States*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of October, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all parties of record.

                                                        s/ *Charisha Cruz*
                                                        Paralegal Specialist
                                                        U.S. Attorney's Office