### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: November 3, 2022 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation: Mallory Coleman | |

**CASE NO. 21-cr-00409-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Conor Flanigan |
| Plaintiff, | |
| v. | |
| ROBERT MICHAEL LAIR, | Natalie Stricklin |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**Court in session:**        10:00 a.m.

Appearances of counsel.   Defendant is present and in custody.

Preliminary remarks made by the Court.

Discussion held regarding pending motion filed by the defendant.

The Court states findings.

**ORDERED:**  Defendant's motion (Doc. 53) is DENIED as stated on the record.

Defendant entered his plea on August 17, 2022, to Count 1 of the Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding sentencing.

**ORDERED:**  The Government's oral motion that the defendant receive the third point for acceptance of responsibility is GRANTED.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, ROBERT MICHAEL LAIR, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **36 months.**

**ORDERED:** Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:** While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**    10:20 a.m.
Hearing concluded.
Total time:             00:20